## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |
| BAYER HEALTHCARE, LLC,<br><br>    Appellant,<br><br>v.<br><br>RAD SUB-TRUST A, et al.,<br><br>    Appellees. | Case No.: 3:25-cv-17413<br><br>Honorable Robert Kirsch |

**APPELLANT BAYER HEALTHCARE, LLC'S MOTION FOR
EXTENSION OF TIME TO FILE OPENING BRIEF**

      Under Local Civ. Rule 601.7, Appellant Bayer Healthcare, LLC moves for a seven-day extension of time from its due date of January 1, 2026 to and including January 8, 2026 to file its opening brief. In support of this Motion, Bayer states as follows:

      1.     On December 2, 2025, the Court set January 1, 2026 as the due date for Bayer to file its opening brief.

      2.     Bayer's briefing schedule currently overlaps with two federal holidays, Christmas and New Years Day.

      3.     To provide Bayer's counsel with adequate time to address the complex issues involved in this appeal, Bayer therefore requests a seven-day extension of the deadline to file its opening brief to and including January 8, 2026.

      4.     This is Bayer's first request for an extension of time to file its opening brief.

5.  Bayer's counsel emailed Debtors' counsel and counsel to the RAD Sub-Trust A on December 3, 2025 to ask if they oppose this motion. To date, neither party has responded.

6.  This extension will not prejudice Appellees or cause an undue delay of the appeal process.

WHEREFORE, Bayer respectfully requests that the Court grant its motion for extension of time and allow Bayer until January 8, 2026 to file its opening brief.

Dated: December 10, 2025

**HUSCH BLACKWELL LLP**

<u>/s/ Rebecca R. Starner</u>
Rebecca R. Starner (NJ I.D. # 304872019)
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC 20006
Telephone: 202.378.2300
Email: Rebecca.Starner@huschblackwell.com

Caleb T. Holzaepfel (admitted *pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Facsimile: (423) 266-5499
Email: caleb.holzaepfel@huschblackwell.com

*Attorneys for Appellant*

# CERTIFICATE OF SERVICE

I, Rebecca R. Starner, counsel to the Appellant, hereby certify that on December 10, 2025, I caused a true and correct copy of the ***APPELLANT BAYER HEALTHCARE, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF*** to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case, and to be served on the following parties via email:

| **Party:** | **Attorney:** |
|---|---|
| The above-captioned debtors and debtors in possession<br><br>*Appellees* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000 Email: msirota@coleschotz.com<br>    wusatine@coleschotz.com<br>    fyudkin@coleschotz.com<br>    svanaalten@coleschotz.com<br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Email: arosenberg@paulweiss.com<br>    aeaton@paulweiss.com<br>    chopkins@paulweiss.com<br>    smitchell@paulweiss.com |

| | |
|---|---|
| RAD Sub-Trust A | **EMMET, MARVIN & MARTIN, LLP**<br>Thomas A. Pitta, Esq.<br>120 Broadway, 32nd Floor New York, New York 10271 Telephone: (212) 238-3000<br>Email: tpitta@emmetmarvin.com<br><br>-and- |
| | **KELLEY DRYE & WARREN LLP**<br>Robert L. LeHane, Esq.   Andres Barajas, Esq.<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Email: rlehane@kelleydrye.com<br>        abarajas@kelleydrye.com |
| RAD Sub-Trust A, Trustee, Thomas A. Pitta | Thomas A. Pitta<br>120 Broadway, 32nd Floor New York, New York 10271 Telephone: (212) 238-3000<br>Email: tpitta@emmetmarvin.com |

| | |
|---|---|
| Official Committee of Unsecured Creditors | **SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>Email: asherman@sillscummis.com<br>         bmankovetskiy@sillscummis.com<br>         gkopacz@sillscummis.com<br><br>-and-<br><br>**WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller, Esq. (admitted *pro hac vice*)<br>Todd M. Goren, Esq. (admitted *pro hac vice*) James H. Burbage, Esq. (admitted *pro hac vice*) Jessica D. Graber, Esq. (admitted *pro hac vice*) 787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail: bmiller@willkie.com<br>         tgoren@willkie.com<br>         jburbage@willkie.com<br>         jgraber@willkie.com |
| Office of the United States Trustee for the District of New Jersey | **ANDREW R. VARA, UNITED STATES TRUSTEE FOR REGIONS 3 AND 9**<br>Jeffrey M. Sponder. Esq.<br>Lauren Bielskie, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-5993<br>Email: jeffrey.m.sponder@usdoj.gov<br>         lauren.bielskie@usdoj.gov |

| | |
|---|---|
| Dated: December 10, 2025 | **HUSCH BLACKWELL LLP**<br><br>*/s/ Rebecca R. Starner*<br>Rebecca R. Starner (NJ I.D. # 304872019)<br>1801 Pennsylvania Ave., NW, Suite 1000<br>Washington, DC 20006<br>Telephone: 202.378.2300<br>Email: Rebecca.Starner@huschblackwell.com<br><br>Caleb T. Holzaepfel (admitted *pro hac vice*)<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402<br>Telephone: (423) 266-5500<br>Facsimile: (423) 266-5499<br>Email:caleb.holzaepfel@huschblackwell.com<br><br>*Attorneys for Appellant* |