# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtor. | (Jointly Administered) |
| BAYER HEALTHCARE, LLC, | |
| Appellant, | Case No.: 3:25-cv-17413 |
| v. | Honorable Robert Kirsch |
| RAD SUB-TRUST A, et al., | |
| Appellees. | |

## ~~PROPOSED~~ ORDER

This matter is before the Court on Appellant Bayer Healthcare, LLC's Motion for Extension of Time to File its Opening Brief. The Court, having reviewed the Motion, finds good cause for an extension of time for Bayer to file its opening brief.

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Bayer shall have until January 8, 2026 to file its opening brief.

IT IS SO ORDERED.

_____
Honorable Robert Kirsch, U.S.D.J.
DATE: December 10, 2025