| | |
|---|---|
| **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** | |
| In re: <br><br> NEW RITE AID, LLC, <br><br>                           Debtor. | Chapter 11 <br><br> Case No. 25-14861 (MBK) |
| BAYER HEALTHCARE, LLC <br><br>                           Appellant, <br><br>    v. <br><br> RAD SUB-TRUST A, et al. <br><br>                           Appellees. | Case No. 3:25-cv-17413 <br><br> Honorable Robert Kirsch |

### APPELLEE RAD SUB-TRUST A'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF

Under Local Civ. Rule 601.7, Appellee RAD Sub-Trust A (the "Trust") moves for an extension of time to file its Appellee brief from its due date of February 9, 2026 to March 30, 2026. In support of this Motion, the Trust states as follows:

       1.    On January 8, 2026, Appellant Bayer Healthcare, LLC ("Bayer") filed its opening brief (Docket No. 8). Pursuant to Rules 8018 and 9016 of the Federal Rules of Bankruptcy Procedure, February 9, 2026 is the due date for the Trust to file its Appellee brief.

       2.    Bayer and the Trust have engaged in productive negotiations to resolve the above-captioned Appeal and certain related litigation between the

parties. These negotiations have resulted in a settlement agreement between the parties pursuant to which, contingent on certain agreed actions occurring, would require Bayer to dismiss this Appeal on or before March 30, 2026.

       3.      Bayer's counsel does not oppose this Motion.

       4.      This extension will not prejudice Bayer or cause an undue delay because of the settlement agreement.

       5.      This is the Trust's first request for an extension of time to file its Appellee brief.

WHEREFORE, the Trust respectfully requests that the Court grant its Motion for extension to allow the Trust until March 30, 2026 to file its Appellee brief.

Dated: February 5, 2026                    **KELLEY DRYE & WARREN LLP**

*/s/ Robert L. LeHane*
Robert L. LeHane
Dana P. Kane
Connie Y. Choe
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Email: rlehane@kelleydrye.com
       dkane@kelleydrye.com
       cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta, as Trustee of RAD Sub-Trust A*

| | |
|---|---|
| **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** | |
| In re: | Chapter 11 |
| NEW RITE AID, LLC, | Case No. 25-14861 (MBK) |
| Debtor. | |
| BAYER HEALTHCARE, LLC | |
| Appellant, | |
| v. | Case No. 3:25-cv-17413 |
| RAD SUB-TRUST A, *et al.* | Honorable Robert Kirsch |
| Appellees. | |

## [PROPOSED] ORDER

This matter is before the Court on Appellee RAD Sub-Trust A's Motion for Extension of Time to File its Appellee Brief. The Court, having reviewed the Motion, finds good cause for an extension of time for the RAD Sub-Trust A to file its Appellee brief.

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY ORDERED that RAD Sub-Trust A shall have until March 30, 2026 to file its Appellee brief.

IT IS SO ORDERED.

                                               _____
                                               Honorable Robert Kirsch, U.S.D.J.

# CERTIFICATE OF SERVICE

I, Robert L. LeHane, counsel to the Appellee, *RAD Sub-Trust A*, hereby certify that on February 5, 2026, I caused a true and correct copy of the ***APPELLEE RAD SUB-TRUST A'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF*** to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case, and to be served on the following parties via email:

| Party: | Attorney: |
|---|---|
| The above-captioned debtors and debtors in possession<br><br>Appellees | **COLE SCHOTZ P.C**.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com |

| | |
|---|---|
| Bayer Healthcare, LLC | **HUSCH BLACKWELL LLP**<br>Rebecca Starner<br>1801 Pennsylvania Avenue, NW<br>Suite 1000<br>Washington, DC 20006<br>Telephone: 202-378-5794<br>Fax: 202-378-2319<br>Email: Rebecca.Starner@huschblackwell.com |
| Official Committee of Unsecured Creditors | **SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>Email: asherman@sillscummis.com<br><br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br><br>-and-<br><br>**WILLKIE FARR & GALLAGHER LLP** Brett H. Miller, Esq. (admitted pro hac vice) Todd M. Goren, Esq. (admitted pro hac vice) James H. Burbage, Esq. (admitted pro hac vice) Jessica D. Graber, Esq. (admitted pro hac vice) 787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail: bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com |

| | |
|---|---|
| Office of the United States Trustee for the District of New Jersey | **ANDREW R. VARA, UNITED STATES TRUSTEE FOR REGIONS 3 AND 9**<br>Jeffrey M. Sponder. Esq.<br>Lauren Bielskie, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-5993<br>Email: jeffrey.m.sponder@usdoj.gov<br>      lauren.bielskie@usdoj.gov |

Dated: February 5, 2026                **KELLEY DRYE & WARREN LLP**

*/s/ Robert L. LeHane*
Robert L. LeHane
Dana P. Kane
Connie Y. Choe
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Email: rlehane@kelleydrye.com
      dkane@kelleydrye.com
      cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta, as Trustee of RAD Sub-Trust A*

3