|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** | |
| In re: <br><br> NEW RITE AID, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-14861 (MBK) |
| BAYER HEALTHCARE, LLC <br><br> Appellant, <br><br> v. <br><br> RAD SUB-TRUST A, *et al.* <br><br> Appellees. | Case No. 3:25-cv-17413 <br><br> Honorable Robert Kirsch |

## ORDER

This matter is before the Court on Appellee RAD Sub-Trust A's Motion for Extension of Time to File its Appellee Brief. The Court, having reviewed the Motion, finds good cause for an extension of time for the RAD Sub-Trust A to file its Appellee brief.

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY ORDERED that RAD Sub-Trust A shall have until March 30, 2026 to file its Appellee brief.

IT IS SO ORDERED.

Honorable Robert Kirsch, U.S.D.J.

2/9/26